UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY BRIAN MALLGREN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:25-cv-02680 (UNA) |
| ) | |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OPINION**

Plaintiff, proceeding *pro se*, has filed a Complaint ("Compl."), ECF No. 1, and an Application for Leave to Proceed *in forma pauperis* ("IFP"), ECF No. 2. The Court grants Plaintiff's IFP Application, and for the reasons discussed below, dismisses this matter pursuant to Federal Rule 8(a).

Plaintiff, a resident of the District of Columbia, sues the United States and "United States Justices." *See* Compl. at 1. The Complaint is vague and quite difficult to follow. Plaintiff appears to challenge an unidentified "Rule Suggestion" that he contends "was seemingly not publicly disseminated" thus constituting "rule corruption." *See id*. Plaintiff asserts that he reported this issue to the Defendants, but they are "seemingly sponsoring behavior in Corruption Report," by "setting what has seemingly become inert policy." *See id*. He demands "adjusting rule review and adoption processes allowing for more acceptable agility given currency state," "rule suggestion processing," and alternatively, "United States Justice removal." *See id*.

*Pro se* litigants must comply with the Federal and Local Rules of Civil Procedure. *See Jarrell v. Tisch*, 656 F. Supp. 237, 239–40 (D.D.C. 1987). Federal Rule 8(a) requires a complaint to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a

short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678–79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004).  The Rule 8 standard ensures that respondents receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies.  *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).  Here, Plaintiff's vague allegations fall well short of providing notice of any claim or establishing this Court's subject matter jurisdiction.

    Accordingly, the Court dismisses the Complaint, and this matter, without prejudice.  An Order consistent with this Memorandum Opinion is issued separately.

Date: November 18, 2025

TREVOR N. McFADDEN
United States District Judge